**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 18-1466**

MONIQUE R. SMALL DREW,

        Plaintiff - Appellant,

    v.

VIRGINIA COMMONWEALTH UNIVERSITY, PARKING AND TRANSPORTATION,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. John A. Gibney, Jr., District Judge. (3:17-cv-00429-JAG)

Submitted: July 19, 2018                    Decided: July 23, 2018

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Monique R. Small Drew, Appellant Pro Se. George William Norris, Jr., General Counsel's Office, VIRGINIA COMMONWEALTH UNIVERSITY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monique R. Small Drew appeals the district court's order dismissing for lack of subject matter jurisdiction the amended civil complaint in which Drew alleged violations of the Americans with Disabilities Act.[*] *See* 42 U.S.C. §§ 12101-12213 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Drew v. VCU, Parking & Transp.*, No. 3:17-cv-00429-JAG (E.D. Va. Mar. 27, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Drew initially filed suit in the Circuit Court for the City of Richmond, Virginia, and Defendant timely removed this matter to federal court.